UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:09-cv-159-BO

| | |
|---|---|
| Margaret Gayle Herring Warren, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| Sessoms & Rogers, P.A., Lee C. Rogers, ) | |
|     Defendants. ) | |

**Decision by Court.** This action came before the Honorable Terrence W. Boyle, United States District Judge, for the consideration of Plaintiff's Motion for Sanctions and Motion to Strike and Defendants' Motion to Dismiss and Motion to Dismiss Amended Complaint.

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Sanctions and Motion to Strike are moot and therefore DENIED. Defendants' Motion to Dismiss and Motion to Dismiss Amended Complaint are GRANTED.

**This Judgment Filed and Entered on August 30, 2010, and Copies To:**

Angela O. Martin/Jacob M. Norris (via CM/ECF electronic notification)

Dauna L. Bartley/Jeffrey M. Young (via CM/ECF electronic notification)

August 30, 2010                          /s/ Dennis P. Iavarone,
                                                             Clerk of Court