THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
File No. 7:09-cv-159-BO

| | |
|---|---|
| **Margaret Gayle Herring Warren** ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **NOTICE OF APPEAL** |
| ) | |
| **Sessoms & Rogers, P.A.;** ) | |
| **Lee C. Rogers** ) | |
| <u>**Defendants.**</u> ) | |

    Notice is hereby given that MARGARET GAYLE HERRING WARREN, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the ORDER OF DIMISSAL entered in this action on the 30th day of August, 2010.

Respectfully submitted this 27th day of September, 2010,

        MARTIN ATTORNEY AT LAW, PLLC

        By: <u>/s/ Angela O. Martin</u>

        Angela O. Martin, Esq.
        NC Bar 34951
        1911 Keller Andrews Road
        Sanford, North Carolina 27330
        (919) 708-7477
        FAX: (888) 872-4232
        angela@angelamartinlaw.com
        ATTORNEY FOR THE PLAINTIFF